UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE BROWN,

       Plaintiff,                       Case Number 4:24-CV-10352

                                            F. Kay Behm
v.                                   U.S. District Judge

ROACH,

       Defendant,

_____/

**OPINION AND ORDER DIRECTING THE CLERK OF THE COURT TO
REOPEN THE PRISONER CIVIL RIGHTS CASE AND REFERRING THE
<u>CASE TO THE PRISONER MEDIATION PROGRAM</u>**

Plaintiff Eddie Brown filed a *pro se* civil rights complaint filed pursuant to

42 U.S.C. § 1983.  Plaintiff is an inmate confined at the Lakeland Correctional

Facility in Coldwater, Michigan.  The Court reviewed Plaintiff's application to

proceed without prepayment of fees and costs and his prison trust account

statement; the case was dismissed without prejudice pursuant to 28 U.S.C. §

1915(e)(2)(A) because Plaintiff had too much money in his prison account to

qualify as an indigent.

Plaintiff has now paid the entire filing fee and an amended complaint.

Plaintiff has also sent a letter to the Court inquiring about the status of his case.

1

Plaintiff's case was dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A). It is permissible for a district court to dismiss an action without prejudice under this statute. *See Murphy v. Washington*, No. 24-1771, 2025 WL 2413293, at *1 (6th Cir. Aug. 18, 2025).  This would presumably allow this Court to reopen the case once Plaintiff paid the entire filing fee, as he has done. This Court will therefore permit Plaintiff to proceed with his case now that he has paid the filing fee and directs the Clerk of the Court to reopen the case.

Plaintiff alleges that the defendant was deliberately indifferent to his medical needs. These allegations, if true, state a claim for relief. The Court directs that the case be referred to Prisoner Mediation Program. *Clement v. Macomb Corr. Facility*, No. 2:22-CV-10853, 2022 WL 2292720, at *1 (E.D. Mich. June 24, 2022).

## ORDER

IT IS HEREBY **ORDERED** that Clerk of the Court reopen the case to the Court's active docket.  The case is referred to the Prisoner Mediation Program.

SO ORDERED.

Date: May 19, 2026                      s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge

2